Submitted on record and appellant's brief January 4,
reversed and remanded January 18, 1982

STATE OF OREGON,
*Appellant,*

*v.*

MICHAEL HOWARD NOKES,
*Respondent.*

(No. 80-24292, CA A22344)

638 P2d 1181

· Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Thomas Denney, Assistant Attorney General, Salem, filed the brief for appellant.

R. Scott Palmer, and Johnson, Harrang & Swanson, Eugene, appeared for respondent by letter dated December 10, 1981.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

The defendant confesses error. The trial court's order suppressing evidence is reversed, and the case is remanded for trial. *See State v. Newton,* 291 Or 788, 636 P2d 393 (1981).